# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RENA AARO *individually,*
*as Next Friend of* C.C and S.C,
*and as Personal Representative of the*
ESTATE OF PATRICK AARO,

    Plaintiff,

v.                                                                  No. 1:24-cv-00270-KG-GBW

TRI STAR FREIGHT SYSTEM, INC.
and JOSE SANCHEZ,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on January 26, 2026. Doc. 56. The PFRD recommended that the Court dismiss Defendant Jose Sanchez without prejudice for failure to serve. *Id*. Parties had the ability to file objections within fourteen days, and failure to do so waived appellate review. To date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

The Court concludes that the PFRD written by the Honorable Gregory Wormuth, Chief Magistrate Judge for the United States District Court for the District of New Mexico, is not clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion, and the Court therefore adopts it.

    **IT IS THEREFORE ORDERED** that**:**

    i.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 56)

      is **ADOPTED**; and

ii.    All claims against Defendant Jose Sanchez are **DISMISSED WITHOUT PREJUDICE.**

        /s/Kenneth J. Gonzales_____
        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.