**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**RENA AARO, as Next Friend of C.C., a minor,**
**as Next Friend of S.C., a minor, individually and**
**as wrongful death Personal Representative of the**
**Estate of PATRICK AARO, deceased,**

       **Plaintiffs,**

**vs.**                                **Cause No. 1:24-cv-00270-KG-GBW**

**TRI STAR FREIGHT SYSTEM, INC.**
**and JOSE SANCHEZ,**

       **Defendants.**

**ORDER GRANTING JOINT MOTION FOR**
**APPOINTMENT OF GUARDIAN *AD LITEM***

**THIS MATTER,** having come before the Court on the joint motion of the Parties for its Order appointing Keith Franchini as Guardian *Ad Litem*, and the Court having considered the Motion, and having considered the factors and balancing test set forth by the New Mexico Supreme Court in *Leyba v. Whitley*, 1995-NMSC-066, 120 N.M. 768, 907 P.2d 172, in determining the GAL's duties and responsibilities, finds that Keith Franchini is qualified and willing to serve as GAL in this matter. The Court further finds that the Motion is well taken and should be GRANTED.

**IT IS HEREBY ORDERED** that Keith Franchini is appointed as Guardian Ad Litem ("GAL") for the Minor Children Plaintiffs C.C. and S.C. ("Minor Children") with the following duties, responsibilities, and limitations:

1.     The GAL shall advise the Court as to whether the proposed terms and conditions of the minors' settlement is fair, reasonable, and in the best interest of the Minor Children. *See Garcia v. Middle Rio Grande Conservancy District*, 1983-NMCA-047, 99 N.M.

2.     Pursuant to *Collins v. Tabet*, 1991-NMSC-013, 111 N.M. 391, the GAL shall review the proposed minors' settlement and advise the Court regarding the facts forming the basis of the

proposed settlement as well as the terms and conditions of the proposed settlement, and advise whether the proposed settlement is fair, reasonable, and in the best interest of the Minor Children.

3.      The GAL shall not represent the Minor Children as an advocate, but only as a functionary of the Court.

4.      The responsibilities of the GAL under this requested appointment are to the Court and not to the Minor Children. The appointment of the GAL in this matter shall not be requested to invade or interfere with Minor Children's representation by their legal guardians or legal counsel as advocates.

5.      There are strong public policy reasons to grant immunity to the GAL in this case, who acts as an "arm of the court" and performs an essential role in this Court's administration of justice. All immunities and privileges available to a GAL, as set forth in *Collins v. Tabet*, shall be and hereby are extended to Keith Franchini as the GAL in this matter.

6.      The GAL's fees shall be paid by Defendant Royal K Trucking, Inc.

7.      I hereby appoint Magistrate Judge Gregory B. Wormuth to conduct all proceedings regarding review and approval of settlement for the Minor Children and to enter any determination and orders related to approval of settlement for the Minor Children.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2

SUBMITTED BY:

**GARRETT LAW**

*/s/  Electronically approved 03/06/26*
Aaron Garrett
6739 Academy Rd. NE Suite 350
Albuquerque, NM 87109
(505) 242-1920
aaron.garrettlaw@gmail.com

**SMITH & ASSOCIATES LLC**
Taylor E. Smith
320 Osuna Rd. NE Suite G3
Albuquerque, NM 87107
(505) 273-3873
taylor@smithnmlaw.com

*Attorneys for Plaintiffs*

-and-

**PRIEST & MILLER, LLP**

*/s/ Darci A. Carroll*
Ada B. Priest
Darci A. Carroll
302 8th Street, NW Suite 200
Albuquerque, NM 87102
(505) 349-2300
Ada@PriestMillerLaw.com
Darci@PriestMillerLaw.com
*Attorneys for Tri Star Freight System, Inc.*

3